NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    16-50419 |
| Plaintiff-Appellee, | D.C. No. 2:16-cr-00207-MWF |
| v. | |
| CASEY WAYNE WOLLENZIER, a.k.a. Butch, a.k.a. Snap, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Submitted April 11, 2018**

Before:    SILVERMAN, PAEZ, and OWENS, Circuit Judges.

Casey Wayne Wollenzier appeals from the district court's judgment and

challenges his guilty-plea conviction and 96-month sentence for possession of an

unregistered firearm, in violation of 26 U.S.C. § 5861(d).  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Wollenzier's counsel has filed a brief stating that

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Wollenzier the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Wollenzier waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary.  He also waived the right to appeal most aspects of his sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to the voluntariness of Wollenzier's plea or any aspects of the sentence that fall outside the scope of the waiver.  We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waiver.  *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**